AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
## for the
### District of Nevada

United States of America )
v. )
Federicio Herrera-Preciado )     Case No. 2:16-mj-797-CWH
_____ )
*Defendant* )     Charging District: Western District Missouri
) Charging District's Case No.
6:16-cR-3039-MDH

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT
## WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

    After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: U.S. District Court Western District of Missouri Springfield, Missouri | Courtroom No.: 2000 - Judge Rush |
|---|---|
| | Date and Time: December 15, 2016, 9:30 AM |

    The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: December 12, 2016

_____
*Judge's signature*

C.W. HOFFMAN, JR., U.S. MAGISTRATE JUDGE
*Printed name and title*